## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FABIAN ALEXANDER COOK     :
    **Plaintiff**     :
    :     **No. 1:21-cv-361**
    **v.**     :
    :     **(Judge Rambo)**
**SAM CONDO,** *et al.*     :
    **Defendants**     :

## ORDER

**AND NOW**, on this 30th day of November 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for leave to file a supplemental complaint (Doc. No. 23) is **DENIED**. The Clerk of Court is directed to **STRIKE** Plaintiff's proposed supplemental complaint (Doc. No. 14) from the record of this case.

         s/ Sylvia H. Rambo
         United States District Judge