IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABIAN ALEXANDER COOK** | : | |
| **Plaintiff** | : | |
| | : | No. 1:21-cv-361 |
| v. | : | |
| | : | (Judge Rambo) |
| **SAM CONDO,** *et al.* | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 18th day of January 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motions to dismiss (Doc. Nos. 77, 83) are **GRANTED**;

2. Plaintiff's second amended complaint (Doc. No. 69) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to close this case.

                                                 s/ Sylvia H. Rambo
                                                 United States District Judge